AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

__SOUTHERN__    DISTRICT OF    __TEXAS__
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Jonathan Hernandez-Garcia

IAE    YOB:    1989
Mexico
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED

OCT 11 2022

Nathan Ochsner, Clerk

**CRIMINAL COMPLAINT**

Case Number:    M-22-1990-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __October 9, 2022__ in __Starr__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)
the defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Jonathan Hernandez-Garcia was encountered by Border Patrol Agents near Roma, Texas on October 9, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on October 9, 2022, near Roma, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on June 23, 2017, through Laredo, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On June 19, 2017, the defendant was convicted of 8 USC 1326, Illegal Re-Entry and sentenced to Time Served and a one (1) year supervised released term.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Complaint authorized by AUSA P. Brostowin
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

October 11, 2022    - 7:29 a.m.

/s/    Eric T. Pratt
Signature of Complainant

Eric T. Pratt    Border Patrol Agent

Juan F. Alanis    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer